# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:16-cv-335-RJC
## 3:00-cr-140-RJC-1

| | |
|---|---|
| **JERRY THRASHER,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| **vs.** ) | |
| ) | **ORDER** |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Respondent.** ) | |
| _____) | |

**THIS MATTER** is before the Court on its own motion on the Government's Response to Order to Show Cause, (Doc. No. 11), and the United States Supreme Court's decision in United States v. Davis, No. 18-431.

For the reasons stated in the Court's Order to Show Cause, (Doc. No. 10), and on the Government's agreement that the stay in this matter should be lifted, (Doc. No. 11), the Court will lift the stay and order that the Government has sixty (60) days to file its response to the Petitioner's § 2255 Motion to Vacate, (Doc. No. 1).

**IT IS, THEREFORE, ORDERED** that the stay in this matter is hereby **LIFTED** and the Government shall have sixty (60) days from this Order to file its response in this matter.

Signed: May 18, 2020

Robert J. Conrad, Jr.
United States District Judge

1